UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| John T. Pickering-George, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0178 |
| Attorney General of the United States *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

Plaintiff, a resident of Bronx, New York, seeks an investigation by the Department of Justice of the Clerk of the Supreme Court's alleged rejection of his submissions for filing. The United States Attorney General has absolute discretion in deciding whether to investigate claims for possible criminal or civil prosecution. As a general rule applicable to the circumstances of this case, such decisions are not subject to judicial review. *Shoshone-Bannock Tribes v. Reno*, 56 F.3d 1476, 1480-81 (D.C. Cir. 1995). A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: January 29, 2008