UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John T. Pickering-George,        )
                                 )
        Plaintiff,                )
                                 )
v.                               )   Civil Action No.   08 0178
                                 )
Attorney General of the United States *et al.*,   )
                                 )
        Defendants.               )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of January 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED with prejudice for lack of subject matter jurisdiction. This is a final appealable Order.

_____
United States District Judge